# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

SALVATORE DELAURENTIS,   Civil No. 06-843  (RHK/SRN)

    Petitioner,

v.   **ORDER**

R. L. MORRISON, Warden,

    Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 12, 2006.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 11) is **ADOPTED**;

2. Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED AS MOOT**; and

3. Petitioner's petition is dismissed.


Dated:  July 31, 2006

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge